UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR03-0290-001-RSL-JPD |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| PHILLIP WILLIAM STONE, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary revocation hearing on supervised release violations in this case was scheduled before the undersigned Magistrate Judge on November 8, 2006. The United States was represented by Assistant United States Attorney Susan Roe, and the defendant by Mr. Brian Tsuchida. The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about April 16, 2004, to twenty-one (21) months in custody followed by three (3) years of supervised release by the Honorable Robert S. Lasnik on a charge of abusive sexual contact with a child.

In addition to the standard conditions of supervised release, which includes compliance with all local, state, and federal laws, special conditions of supervised release were imposed. These special conditions included, but were not limited to, participation in substance-abuse and mental-health treatment programs, financial disclosure, no possession of firearms, consent to search, no direct or indirect contact with children under eighteen (18)

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

years of age, participation in a sex offender treatment program at the direction of his probation officer, submission to polygraph examinations at the direction of his probation officer, to follow all lifestyle restrictions set forth by his therapist and to avoid risk situations, not to go places where minors frequent without the permission of his probation officer, to report all addresses and register as a sex offender in any state of residence, to have no direct or indirect contact with any electronic device which communicates data via a modem and no internet access, no possession or use of any pornography, to reside in a community corrections center for sixty (60) days, and to complete a sexual deviancy evaluation prior to his release from the community corrections center.

A warrant for defendant's arrest was issued on September 20th, 2006, and defendant was charged with violations of conditions of his supervised release. Defendant was remanded to custody until such time as the evidentiary revocation hearing was held on November 8, 2006.

In the Petition for Warrant or Summons and the Violation Report and Request for Warrant Under Seal, both dated September 20, 2006, Mr. Christopher Luscher, U.S. probation officer, alleges the following violations of defendant's conditions of supervised release:

(1)  Having direct unsupervised contact with minor children under the age of 18, in or before August 2006, in violation of the special condition that he have no unsupervised contact, direct or indirect, with minor children under the age of 18, unless granted permission to do so by the probation officer.

(2)  Possessing and/or using pornographic material, in or about February 2006, in violation of the special condition requiring him not to possess and/or use pornographic material of any type.

(3)  Using alcohol in and before August 2006, in violation of the special condition requiring him to abstain from the use of alcohol and/or other intoxicants during the term of

supervision.

(4) Failing to notify the probation officer within 72 hours of any law enforcement contact on or before August 24, 2006, in violation of standard condition No. 11.

At the evidentiary revocation hearing, the defendant admitted to alleged violations number 1, 2, and 4, and the government dismissed alleged violation number 3.

I therefore recommend that the Court find the defendant violated his conditions of supervised release as to violation numbers 1, 2, and 4, and that the Court conduct a hearing limited to disposition of these violations.

A disposition hearing on violation numbers 1, 2, and 4 has been set before the Honorable Robert S. Lasnik, for Wednesday, November 29, 2006, at 8:30 a.m. Pending a final determination by the Court, the defendant has been detained.

DATED this 8th day of November, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:         The Hon. Robert S. Lasnik
    AUSA:                   Ms. Susan Roe
    Defendant's attorney:   Mr. Brian Tsuchida
    Probation officer:      Mr. Christopher Luscher